DSA Legal Solutions, Professional Corporation
Emi Fehrman
emi.ohira@dsa-legal.com
Attorney for requester
Bar No. 272080
12130 Millennium Drive, Suite 300
Los Angeles, CA 90094
Telephone: +1.424.380.2291
Facsimile: +1.815.880.2890

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO AMAZON WEB SERVICES, INC. | MISCELLANEOUS ACTION NO.<br><br>DECLARATION OF EMI FEHRMAN IN SUPPORT OF REQUESTER CYBER TULIP B.V.'S REQUEST FOR ISSUANCE OF SUBPOENA, PURSUANT TO 17 U.S.C. §512(h), TO IDENTIFY ALLEGED INFRINGERS |

## **DECLARATION OF EMI FEHRMAN**

I, Emi Fehrman, declare and testify as follows:

1. I am an attorney duly licensed to practice law in the State of California. I represent Cyber Tulip B.V. ("Cyber"). In the above-entitled proceeding and as such, I am authorized and qualified to make this declaration for and on its behalf, and I make this declaration for that reason.

2. Cyber is seeking a subpoena pursuant to 17 U.S.C. § 512(h) to obtain information sufficient to identify the persons infringing its copyrighted works.

3. On July 26, 2022, I, Emi Fehrman, submitted a takedown notice via Cloudflare 's online DMCA notification form, identifying the Infringing Content on netflav.com and providing the information required by 17 U.S.C. §512(c)(3)(A). I was authorized to act on behalf of Cyber in submitting this notification. However, on July 26, 2022, Cloudflare informed us it was not a hosting company and a hosting company was Amazon Web Services, Inc., a U.S. company. On July 26, 2022, I submitted a takedown notice to Amazon Web Services, Inc. by email on July 26, 2022, and I received an response from Amazon Web Services, Inc. The infringing Content was removed from the netflav.com.

4. The purpose for which this subpoena is sought is to obtain the identity of the alleged infringers. Such information will only be used for the purpose of protecting rights under the Copyright Act (17 U.S.C. § 100, *et seq*.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 12, 2022.

                        DSA Legal Solutions, Professional Corporation

                        *Emi Fehrman*

                        Emi Fehrman

                        Attorney for Requester

                        Cyber Tulip B.V.